UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-23339-CIV-JEM

DUNIA PINO PEREZ a/k/a DUNIA PINO  )
and all others similarly situated under 29  )
U.S.C. 216(b),  )
  )
       Plaintiff,  )
vs.  )
  )
FIRST QUALITY HOME CARE INC.,  )
DULCE M. CUETARA,  )
  )
       Defendants.  )
  )

## PLAINTIFF'S STATEMENT OF CLAIM

Now comes the Plaintiff, through the undersigned, and pursuant to the Court's Notice of Court Practice [DE 7], and files the following Statement of Claim.

    I.    ALTERNATIVE COUNT ONE

**Federal Half-time Overtime Claim (statutory period 9/4/14-12/31/16)**
Amount of half time per hour not compensated: $4
Weeks: 121
Overtime hours per week: 37.5
Total wages unpaid and liquidated damages: $18,150  x 2 = $36,300

**Federal Half-time Overtime Claim (statutory period 1/1/17-8/10/17)**
Amount of half time per hour not compensated: $4.37
Weeks: 31
Overtime hours per week: 37.5
Total wages unpaid and liquidated damages: $5,080.12 x 2 = $10,160.25

**Federal Time and One-Half Overtime Claim (statutory period 9/4/14-12/31/16)**
Amount of time and one- half per hour not compensated: $12
Weeks: 121
Overtime hours per week: 21
Total wages unpaid and liquidated damages: $30,492 x 2 = $60,984

**Federal Time and One-Half Overtime Claim (statutory period 1/1/17-8/10/17)**
Amount of time and one- half per hour not compensated: $13.12
Weeks: 31
Overtime hours per week: 21
Total wages unpaid and liquidated damages: $8,541.12 x 2 = $17,082.24

***TOTAL FEDERAL CLAIM: $124,526.49***

    II.    ALTERNATIVE COUNTS II AND III

**Federal Half-time Overtime Claim (statutory period 9/4/14-8/10/17)**
Amount of half time per hour not compensated: $3.62 (based on Fed. MW 7.25)
Weeks: 152
Overtime hours per week: 58.5
Total wages unpaid and liquidated damages: $32,189.04 x 2 = $64,378.08

**Federal Minimum Wage Claim (statutory period 9/4/14-8/10/17):**
Weeks: 152
Hours worked per week: 98.5
Minimum wage: $7.25/hr.
Wage paid: $6.56/hr
Wage owed: $.69/hr
Amount owed: $.69/hr x 152 weeks x 98.5 hours = $10,330.68
Total wages unpaid and liquidated damages: $10,330.68 x 2 = $20,661.36

TOTAL FEDERAL CLAIM: *$85,039.44*

\*Plaintiff seeks all fees and costs under the FLSA.
\*\*Plaintiff reserves the right to seek all minimum wage damages allowable under the Florida Statutes and Constitution.

**Respectfully submitted,**

**K. DAVID KELLY, ESQ.**
**J.H. ZIDELL, P.A.**
**ATTORNEY FOR PLAINTIFF**
**300 71ST STREET, #605**
**MIAMI BEACH, FLA. 33141**
**PH: 305-865-6766**
**FAX: 305-865-7167**
**EMAIL: DAVID.KELLY38@ROCKETMAIL.COM**
**F.B.N. 0123870**
**BY:____/s/ K. David Kelly_____**
**K. DAVID KELLY, ESQ.**

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT SUBSEQUENT TO E-FILING VIA SAME ON 9/7/17 TO:**

**ALL CM/ECF RECIPIENTS**

**BY:____/s/ K. David Kelly_____**
**K. DAVID KELLY, ESQ.**